UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>DANIEL WHEELER,<br>    aka Ricky Sweny,<br>    aka Ricki Wheller,<br>    aka Daniel Willer,<br>    aka "Rick,"<br>JOHN JACKSON,<br>    aka Anthony Jackson,<br>ROMAN HOSSAIN,<br>ROBERT WILLIAMS,<br>    aka Richard Ward,<br>BRIAN FAULK, and<br>JOSEPH GARRUBA,<br><br>                    Defendants. | No. SA CR SA CR 13-0224<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1343: Wire Fraud]<br><br>UNDER SEAL |

The Grand Jury charges:

                        COUNTS ONE THROUGH TWELVE

                          [18 U.S.C. § 1343]


A.    INTRODUCTION

      1.    At all times relevant to this Indictment:

            a.    Defendant DANIEL WHEELER, also known as ("aka") "Ricky
Sweny," aka "Ricki Wheller," aka "Daniel Willer," aka "Rick," resided
in Los Angeles, California.

            b.    Harbor Torch & Associates, Inc. was a business entity
formed and controlled by defendant JOHN JACKSON, aka "Anthony
Jackson."  Defendant JOHN JACKSON resided in Upland, California.

            c.    East Asian Trading Fund and Rapid Loans were
businesses that defendant ROMAN HOSSAIN created and controlled.
Defendant ROMAN HOSSAIN resided in Laguna Beach, California.

            d.    Blake Management Group, Swift Message Group, and
Global United Holdings ("GUH") were businesses that defendant ROBERT
WILLIAMS, aka "Richard Ward," created, owned and operated.  GUH had a
virtual office in Beverly Hills, California.  Defendant ROBERT
WILLIAMS resided in Murrieta, California.

            e.    Discovery Consulting Service Corporation was a
business that defendant BRIAN FAULK created and controlled.
Defendant BRIAN FAULK resided in Oceanside, California.

            f.    GARRCO, LLC was a business that defendant JOSEPH
GARRUBA created and controlled.  Defendant JOSEPH GARRUBA resided in
Dana Point, California.

            g.    Collectively, B.D., R.L., A.B., H.P., C.M., and D.D.,
among others, will be referred to as "the victims."

                                  2

1          h.    From in or about September 2012 to in or about

2    February 2013, the Federal Bureau of Investigation ("FBI") conducted

3    an undercover investigation and used an FBI undercover agent ("UCA")

4    to pose as a potential client seeking to invest his own money.

5    **B.    THE FRAUDULENT SCHEME**

6        2.    Beginning on an unknown date, but at least in or about

7    December 2008, and continuing through at least in or about March

8    2013, in Orange County, within the Central District of California,

9    and elsewhere, defendants DANIEL WHEELER, JOHN JACKSON, ROMAN

10   HOSSAIN, ROBERT WILLIAMS, BRIAN FAULK, and JOSEPH GARRUBA, together

11   with others known and unknown to the Grand Jury, knowingly and with

12   the intent to defraud, devised, participated in, and executed a

13   scheme to defraud B.D., R.L., A.B., H.P., C.M., D.D., and others as

14   to material matters, and to obtain money and property from B.D.,

15   R.L., A.B., H.P., C.M., D.D., and others by means of material false

16   and fraudulent pretenses, representations, and promises, and the

17   concealment of material facts.

18   **C.    MEANS TO ACCOMPLISH THE FRAUDULENT SCHEME**

19       3.    In carrying out the fraudulent scheme, defendants DANIEL

20   WHEELER, JOHN JACKSON, ROMAN HOSSAIN, ROBERT WILLIAMS, BRIAN FAULK,

21   and JOSEPH GARRUBA engaged in and caused others to engage in

22   fraudulent and deceptive acts, practices, and devices including, but

23   not limited to, the following:

24         a.    Defendants DANIEL WHEELER, JOHN JACKSON, ROMAN

25   HOSSAIN, ROBERT WILLIAMS, BRIAN FAULK, and JOSEPH GARRUBA would

26   solicit, and cause others to solicit, victims, including the victims

27   listed above, to invest their money to lease funds or enter a joint

28   venture to use funds for collateralization.  The victims paid a fee

for the alleged leased funds to be deposited into a bank account set
up in the victim's name.  The funds were supposedly "blocked,"
meaning the funds could not be withdrawn, but could be used to obtain
a separate line of credit or to finance other projects.

        b.    Defendants DANIEL WHEELER, JOHN JACKSON, ROMAN
HOSSAIN, ROBERT WILLIAMS, BRIAN FAULK, and JOSEPH GARRUBA and others
would cause the victims to sign service agreements that outlined the
terms of the deals, including, among other things, the amount of
money the victim would pay, the amount of the blocked or leased funds
the victim would purportedly receive, the period of time the victim
would have access to the blocked or leased funds, the victim's right
to authenticate and verify the funds before releasing their payment,
and any other documentation the victims would receive to verify the
legitimacy of the blocked or leased funds.

        c.    Defendants DANIEL WHEELER, JOHN JACKSON, ROMAN
HOSSAIN, ROBERT WILLIAMS, BRIAN FAULK, and JOSEPH GARRUBA and others
would cause the victims to wire their payments to an escrow agent or
to one of the defendants directly, whereby the victims were told
their funds would not be released until the victims verified the
blocked or leased funds.

        d.    After the victims deposited their payments into the
escrow or designated account, defendants DANIEL WHEELER, JOHN
JACKSON, ROMAN HOSSAIN, ROBERT WILLIAMS, BRIAN FAULK, and JOSEPH
GARRUBA and others would create bank statements and letters
purporting to come from banks such as Bank of America, Wells Fargo,
and Commonwealth Financial, claiming that funds were deposited into a
bank account established in the victim's name or a business account
associated with the victim.  The bank letters contained a name and

4

number for a banker at the specific financial institution for the victim to contact to verify the deposit of the funds. The victim would call the telephone number listed for the bank officer, which was a virtual phone number that had a voicemail associated with the purported bank and bank officer, and the victim would leave a message. The victim would receive a returned phone call from the purported bank officer from a "spoofed" number, which would show the name of the bank and the bank's main 800 number as the caller to the victim. The purported bank officer would verify the deposit and legitimacy of the blocked or leased funds; and at this point, the victim's deposit would be released.

e.   After the client's funds were released, defendants DANIEL WHEELER, JOHN JACKSON, ROMAN HOSSAIN, ROBERT WILLIAMS, BRIAN FAULK, and JOSEPH GARRUBA and others would split the money amongst themselves.

D.   USE OF THE WIRES

4.   On or about the dates set forth below, within the Central District of California and elsewhere, defendants DANIEL WHEELER, JOHN JACKSON, ROMAN HOSSAIN, ROBERT WILLIAMS, BRIAN FAULK, and JOSEPH GARRUBA, for the purpose of executing and attempting to execute the above-described scheme to defraud, transmitted and caused the transmission of the following items by means of wire and radio communication in interstate and foreign commerce:

| COUNT | DATE | ITEM WIRED |
|-------|------|------------|
| ONE | 12/15/08 | Email sent from California to victim B.D. in Ohio attaching a fraudulent Bank of America bank statement and letter regarding a $10,000,000 proof of funds for B.D. |

| | | |
|---|---|---|
| TWO | 03/20/09 | $400,000 wire transfer from victim R.L.'s business account at Wachovia Bank in New Jersey, to Finito Escrow's East West Bank account in California, for a $10,000,000 proof of funds. |
| THREE | 03/26/09 | Email from defendant ROMAN HOSSAIN in California to New York attaching a fraudulent Wells Fargo bank statement regarding the R.L. deal. |
| FOUR | 03/23/10 | $30,000 wire transfer from US Bank in Minnesota, which consisted of victim A.B.'s money, to Finito Escrow's East West Bank account in California, for a $10,000,000 proof of funds. |
| FIVE | 03/23/10 | Email from defendant JOSEPH GARRUBA in California to Nevada attaching a fraudulent Bank of America letter regarding the A.B. deal. |
| SIX | 01/18/12 | $61,175 wire transfer from victim H.P.'s bank account at WestPac New Zealand Bank in New Zealand, to the escrow attorney's Bank of America account in Maryland, for a $10,000,000 proof of funds. |
| SEVEN | 01/20/12 | $50,000 wire transfer from victim C.M.'s bank account at Kentucky Telco Federal Credit Union in Kentucky, to US Escrow's Chase Bank account in Colorado, for a $10,000,000 proof of funds. |
| EIGHT | 01/21/12 | Email from California to victim H.P. in New Zealand attaching a fraudulent Bank of America bank statement showing a balance of $10,314,006.93. |
| NINE | 08/02/12 | $115,000 wire transfer from victim D.D.'s bank account at TD Bank in Ontario, Canada, to defendant JOSEPH GARRUBA's Chase Bank account in California, for a $121,000,000 proof of funds. |
| TEN | 08/02/12 | Email from defendant JOSEPH GARRUBA in California to victim D.D. in Florida attaching a fraudulent Bank of America bank statement showing a balance of $121,879,240.00. |

| ELEVEN | 01/11/13 | Email from defendant DANIEL WHEELER in California to FBI UCA's email server in Virginia attaching a fraudulent Bank of America bank statement. |
| TWELVE | 02/26/13 | Email from defendant ROBERT WILLIAMS in California to FBI UCA's email server in Virginia attaching a fraudulent Wells Fargo Proof of Funds letter. |

A TRUE BILL

/s/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRETT A. SAGEL
Assistant United States Attorney